UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-00123-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER ON |
| | ) | MOTION TO SEAL |
| ELLIS MCDONALD GREEN | ) | |
| | ) | |

    This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Sentencing Memorandum be filed under seal.

    FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Sentencing Memorandum.

    This 26th day of October, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge